Jeffrey Lynn DONNELL, Appellant,

v.

### STATE of Missouri, Respondent.

#### WD 79099

Missouri Court of Appeals, Western District.

FILED: January 17, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied February 28, 2017

S. Kate Webber, Kansas City for appellant.

Gregory L. Barnes, Jefferson City for respondent.

Before Division Two: Lisa White Hardwick, Presiding Judge, Karen King Mitchell and Anthony Rex Gabbert, Judges

### ORDER

Per Curiam

Jeffrey Donnell appeals from the denial of his Rule 24.035 motion for post-convic-

tion relief following an evidentiary hearing. Upon review of the briefs and the record, we find no error and affirm the circuit court's judgment. We have provided the parties with a Memorandum explaining the reasons for our decision, because a published opinion would have no precedential value.

AFFIRMED. Rule 84.16(b)